# UNITED STATES *ex rel.* JONES *v.* COUNTY COURT OF MACON COUNTY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.

No. 257. Argued March 29, 30, 1892. — Decided April 11, 1892.

The judgment below is affirmed upon the authority of *United States* v. *County of Macon,* 99 U. S. 582.

THIS was a petition for a writ of mandamus to compel the levy of a tax to satisfy a judgment recovered against Macon County upon bonds issued by the county. The bonds were of the same issue which was before this court in *United States* v. *County of Macon,* 99 U. S. 582, and the remedy sought for was the same remedy which was prayed for in that suit. The court below dismissed the writ upon the authority of that case.

*Mr. George A. Sanders* for plaintiff in error. *Mr. T. K. Skinker* and *Mr. Joseph Shippen* filed briefs for same.

*Mr. Ben Eli Guthrie* for defendant in error.

THE CHIEF JUSTICE: The judgment is affirmed upon the authority of *United States* v. *County of Macon,* 99 U. S. 582.